SHYANN GARDNER,

        Plaintiff,

  v.

CANYON COUNTY JAIL,

        Defendant.

Case No. 4:26-cv-00147-AKB

**JUDGMENT**

In accordance with the Order of Dismissal filed on this date, IT IS ORDERED, ADJUDGED, and DECREED that this case is dismissed without prejudice. Additionally, this case is ordered closed.

DATED: May 7, 2026

_____
Amanda K. Brailsford
Chief U.S. District Court Judge